# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT J. POZZUOLO, and All Others Similarly Situated** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PORTFOLIO RECOVERY ASSOCIATES, INC.** | : | **NO. 18-1797** |

## ORDER

**NOW**, this 9th day of April, 2019, upon consideration of Defendant Portfolio Recovery Associates, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(B)(1) (Document No. 14), the plaintiff's response, and the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

/s/TIMOTHY J. SAVAGE