IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. POZZUOLO, *and all others similarly situated*, | : <br> : Case No. 2:18-cv-01797-TJS <br> : |
| Plaintiff, | : |
| v. | : |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : <br> : |
| Defendant. | : |

### DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S RESPONDE TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Defendant Portfolio Recovery Associates, LLC ("PRA") respectfully submits that it does not oppose Plaintiff's Motion for Reconsideration.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By: /s/ Lauren M. Burnette
LAUREN M. BURNETTE, ESQUIRE
PA I.D. No. 92412
12276 San Jose Blvd.
Suite 720
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
Counsel for Portfolio Recovery Associates, LLC

**MCGUIRE WOODS, LLP**

JARROD D. SHAW, ESQUIRE
PA I.D. No. 93459
260 Forbes Ave.
Suite 1800
Pittsburgh, PA 15222

1

(412) 667-7907  
(412) 402-4193 (fax)  
jshaw@mcguirewoods.com  
Counsel for Portfolio Recovery Associates, LLC

ADAM T. SIMONS, ESQUIRE  
PA I.D. No. 322256  
500 E. Pratt St.  
Suite 1000  
Baltimore, MD 21202  
(410) 659-4417  
(410) 659-4484 (fax)  
asimon@mcguirewoods.com  
Counsel for Portfolio Recovery Associates, LLC

Dated: April 23, 2019

# CERTIFICATE OF SERVICE

I certify that on April 23, 2019, I served a true and correct copy of the foregoing document on all counsel of record *via* CM/ECF.

**MESSER STRICKLER, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA I.D. No. 92412
12276 San Jose Blvd.
Suite 720
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
Counsel for Portfolio Recovery Associates, LLC

Dated: April 23, 2019