IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. POZZUOLO, and All Others Similarly Situated | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES, INC. | : | NO. 18-1797 |

## ORDER

**NOW**, this 25th day of April, 2019, upon consideration of Plaintiff's Motion for Reconsideration of Order Granting Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Document No. 25) and the defendant's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order of April 9, 2019 granting the defendant's motion to dismiss is **AMENDED** to reflect that the dismissal of this action was **WITHOUT PREJUDICE**.

/s/TIMOTHY J. SAVAGE